ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:                                                              )      Chapter 13
                                                                    )      Case No.  **6:09-bk-36054-MJ**
**MATTEW SCOTT CURLEY**                                             )
                                                                    )                 **TRUSTEE'S REPORT**
                                                                    )
**NANETTE SUE FORREY-CURLEY**                                       )
**AKA NANETTE SUE FORREY**                                          )
                                                                    )
                                                                    )
_____  )

    Comes now the duly appointed Trustee in this case, and shows to the Court the following:

    Debtor's net income is **$322.00** per month.

    Spouse/other net income is **$42,905.00** per month.

    Debtor's Budget shows **$1,984.00** disposable income.

    Debtor proposed to pay **\*$1,347.00** per month into the Plan.

    Estimated number of months to complete:  **60** months.

    This Plan will pay **20.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**\*THE PLAN PAYMENT IS $1,347.00 PER MONTH FOR MONTHS 1-12, INCREASING TO $1,984.00 PER MONTH FOR MONTHS 13-60. DEBTORS TO PROVIDE PROOF OF AUTO INSURANCE TO THE CHAPTER 13 TRUSTEE WITHIN 10 DAYS OF CONFIRMATION. COUNTRYWIDE HOME LENDING TO BE PAID $906.82 PER MONTH ON ITS SECURED CLAIM ARREARS OF $20,856.52. DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

    WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  January 27, 2010                                                          _____
                                                                                                 Rod Danielson, Chapter 13 Trustee