**B9C (Official Form 9C)** (Chapter 7 Individual or Joint Debtor Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT — Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under Chapter 13 on October 29, 2009 and was converted to a case under Chapter 7 on August 25, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501–3819**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address): | | Case Number: |
|---|---|---|
| Mattew Scott Curley<br>26854 Fayence Dr<br>Murrieta, CA 92562 | Nanette Sue Forrey–Curley<br>26854 Fayence Dr<br>Murrieta, CA 92562 | **6:09–bk–36054–MJ** |

| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):<br>Debtor: aka Scott Mattew Curley, aw So Cal Water, Inc.<br><br>Joint Debtor: aw So Cal Water, Inc., fka Nanette Sue Forrey | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–6774<br>JDbt SSN: xxx–xx–9629 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653<br>Telephone number: 949–472–0600 | Bankruptcy Trustee (name and address):<br>Steven M Speier (TR)<br>Post Office Box 7637<br>Newport Beach, CA 92658<br>Telephone number: (949)–809–3194 |

### Meeting of Creditors:

Date: **October 5, 2010**    Time: **08:00 AM**
Location: **3420 Twelfth St., Crtrm 301, Riverside, CA 92501**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **January 3, 2011**
For a governmental unit: **180 days from the date of the order for relief (11 U. S. C. § 502(b)(9))**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint Objecting to Discharge of the Debtor** *or* **to Determine Dischargeability of Certain Debts:**
**December 6, 2010**

**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your right in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>3420 Twelfth Street,<br>Riverside, CA 92501–3819<br>Telephone number: 951–774–1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open: 9:00 AM – 4:00 PM | Date: August 25, 2010 |
| **(Form rev. 12/09:341–B9C)** | 47/MAL |

# EXPLANATIONS

B9C (Official Form 9C)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Liquidation of Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501–3819** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que |

| | |
|---|---|
| | se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3685 Main Street, Suite 300, Riverside, CA 92501. |
| **–– Refer to Other Side for Important Deadlines and Notices ––** | |

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Central District Of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Mattew Scott Curley<br>                Nanette Sue Forrey-Curley | Case Number: 6:09-36054-MJ |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**        $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
    (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    **Nature of property or right of setoff:**   ☐ Real Estate       ☐ Motor Vehicle       ☐ Other
    **Describe:**

    **Value of Property: $**_____ **Annual Interest Rate**\_\_\_**%**

    **Amount of arrearage and other charges as of time case filed included in secured claim,**

    **if any: $**_____ **Basis for perfection:** _____

    **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(\_\_).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0973-6            User: smalcolmC              Page 1 of 2             Date Rcvd: Aug 25, 2010
Case: 09-36054                  Form ID: b9c                 Total Noticed: 49
```

The following entities were noticed by first class mail on Aug 27, 2010.
```
db/jdb         +Mattew Scott Curley,   Nanette Sue Forrey-Curley,   26854 Fayence Dr,   Murrieta, CA 92562-4504
aty            +Carol E Hardy,   PRA Receivables Management LLC,   130 Corporate Blvd,   Norfolk, VA 23502-4952
aty            +Debra J Wilcoxson,   Educational Credit Management Corp,   POB 75906,   St Paul, MN 55175-0906
aty            +Gregory J Doan,   25401 Cabot Rd Ste 119,   Laguna Hills, CA 92653-5530
aty            +Mark Domeyer,   Miles Bauer Bergstrom & Winters,   1665 Scenic Avenue, Suite 200,
                 Costa Mesa, CA 92626-1441
smg             Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                 Sacramento, CA 94280-0001
cr             +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
24949564       +AEGIS - American Express,   PO Box 165809,   Irving, TX 75016-5809
25282141       +Advantage Assets II Inc,   7322 Southwest Frwy Ste 1600,   Houston TX 77074-2053
24949566        Anesthesia Consultants of CA,   332 S. Juniper Street, 108,   Escondido, CA 92025-4941
25171361       +BAC Home Loans Servicing, L.P.,   1665 Scenic Ave Ste 200,   Costa Mesa, CA 92626-1441
24949569       +California Recovery Bu,   135 Vallecitos De Oro St,   San Marcos, CA 92069-1461
24949571       +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
                 Simi Valley, CA 93062-5170
24949572       +Escondido Ob-Gyn Medical Group,   488 East Valley Parkway #310,   Escondido, CA 92025-3373
25524177       +FIA Card Services NA aka Bank of America,   By PRA Receivables Management, LLC,   PO Box 12907,
                 Norfolk VA 23541-0907
24949573        Home Depot Credit Services,   PO Box 6031,   The Lakes, NV 88901-6031
24949577        Palomar Pomerado Health,   PO Box 2711,   Omaha, NE 68103-2711
25067928       +Physician Management Group Inc,   c/o California Recovery Bureau Inc,
                 135 Vallecitos de Oro Ste G,   San Marcos, CA 92069-1461
24949578       +Physicians Management Group,   PO Box 12744,   San Diego, CA 92112-3744
25939477       +Portfolio Recovery Associates, LLC.,   P.O. Box 41067,   Norfolk, VA 23541-1067
24949579        RMS - United Healthcare,   PO Box 280431,   East Hartford, CT 06128-0431
24949580       +Southern California Reference Lab,   100 N. Tustin Ave,   Tustin, CA 92780-2908
24949582       +Union Bank Na,   8155 Mercury Court,   San Diego, CA 92111-1299
24949583        Union Bank of California,   PO Box 85643,   San Diego, CA 92186-5643
25072021       +WELLS FARGO BANK, N.A.,   WELLS FARGO FINANCIAL, INC.,   ATTN: MAC F6582-034,   PO BOX 500,
                 CHESTER, PA 19016-0500
24949584       +Wach Ed Fin,   501 Bleecker St,   Utica, NY 13501-2401
25147280        Wachovia,   CA Student Aid Comm/Acct Recv,   POB 419041,   Rancho Cordova CA 95741-9041
24949588       +William Kelly MD,   44489 Towne Center Way D540,   Palm Desert, CA 92260-2723
```
The following entities were noticed by electronic transmission on Aug 26, 2010.
```
aty            +EDI: RECOVERYCORP.COM Aug 25 2010 22:33:00      Ramesh Singh,   Recovery Management Systems Corp,
                 25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
tr             +EDI: BSMSPEIER.COM Aug 25 2010 22:33:00      Steven M Speier (TR),   Post Office Box 7637,
                 Newport Beach, CA 92658-7637
smg             EDI: CALTAX.COM Aug 25 2010 22:33:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
                 Sacramento, CA  95812-2952
24949565       +EDI: BECKLEE.COM Aug 25 2010 22:23:00      American Express,   c/o Becket and Lee,   Po Box 3001,
                 Malvern, PA 19355-0701
25497383       +EDI: BECKLEE.COM Aug 25 2010 22:23:00      American Express Centurion Bank,   POB 3001,
                 Malvern, PA 19355-0701
24949567       +EDI: BANKAMER2.COM Aug 25 2010 22:33:00      Bank Of America,   Po Box 17054,
                 Wilmington, DE 19850-7054
24949568       +E-mail/Text: bknotices@bankofthewest.com                            Bank Of The West,
                 1450 Treat Blvd,   Walnut Creek, CA 94597-7579
24949570       +EDI: CHASE.COM Aug 25 2010 22:33:00      Chase,   Attn: Bankruptcy Dept,   Po Box 100018,
                 Kennesaw, GA 30156-9204
25443262       +EDI: ECMC.COM Aug 25 2010 22:33:00      ECMC,   P.O. Box 75906,   St. Paul, MN 55175-0906
25200158        EDI: CALTAX.COM Aug 25 2010 22:33:00      Franchise Tax Board,   Bankruptcy Section MS A340,
                 PO Box 2952,   Sacramento CA  95812-2952
26233436        EDI: IRS.COM Aug 25 2010 22:33:00      INTERNAL REVENUE SERVICE,   PO BOX 21126,
                 PHILADELPHIA, PA  19114
25645047        EDI: RESURGENT.COM Aug 25 2010 22:33:00      LVNV Funding LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
24949574       +EDI: LTDFINANCIAL.COM Aug 25 2010 22:33:00      Ltd Financial Svcs Lp,   7322 Southwest Fwy Ste 1,
                 Houston, TX 77074-2010
24949575       +EDI: RESURGENT.COM Aug 25 2010 22:33:00      Lvnv Funding Llc,   Po Box 740281,
                 Houston, TX 77274-0281
24949581        EDI: TFSR.COM Aug 25 2010 22:33:00      Toyota Motor Credit,   PO Box 60114,
                 City Of Industry, CA 91716
25236925       +EDI: TFSR.COM Aug 25 2010 22:33:00      Toyota Motor Credit Corporation,   3200 West Ray Road,
                 Chandler, AZ 85226-2450
24949585       +EDI: WFFC.COM Aug 25 2010 22:33:00      Wells Fargo,   Po Box 60510,   Los Angeles, CA 90060-0510
24949586       +EDI: WFFC.COM Aug 25 2010 22:33:00      Wells Fargo,   Collection Servicing, 1st Floor, M,
                 1 Home Campus,   Des Moines, IA 50328-0001
24949587       +EDI: WFFC.COM Aug 25 2010 22:33:00      Wells Fargo Bank Nv Na,   Po Box 31557,
                 Billings, MT 59107-1557
25320635        EDI: WFFC.COM Aug 25 2010 22:33:00      Wells Fargo Bank, N.A.,   Home Equity Group,   X2303-01A,
                 1 Home Campus,   Des Moines, IA 50328-0001
25119115       +EDI: WFFC.COM Aug 25 2010 22:33:00      Wells Fargo EFS,   301 E 58th ST North,   PO Box 5185,
                 Sioux Falls SD 57117-5185
                                                                                                TOTAL: 21
```

```
District/off: 0973-6          User: smalcolmC              Page 2 of 2             Date Rcvd: Aug 25, 2010
Case: 09-36054                Form ID: b9c                 Total Noticed: 49

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
cr*          +ECMC,    PO Box 75906,    St. Paul, MN 55175-0906
24949576    ##+Mendelson Law Group,    5805 Sepulveda Blvd. Ste 700,    Van Nuys, CA 91411-2550
                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2010**                    **Signature:**    _Joseph Speetjens_